```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

RAJINDER SINGH NAGI,                  *

      Petitioner,                  *

vs.                                    *

                                       CASE NO. 4:11-CV-167 (CDL)

MICHAEL SWINTON, ERIC HOLDER,         *
FELICIA SKINNER, and JANET
NAPOLITANO,                           *

      Respondents.                 *

ORDER ON RECOMMENDATION OF DISMISSAL

     This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on May 30, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 29th day of June, 2012.

                                                        s/Clay D. Land  
                                                        CLAY D. LAND  
                                                        UNITED STATES DISTRICT JUDGE